Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, TX 78711
RE: MANDATE - DOCKET SHEET RECORD

82,578-01
CORNELIO GARCIA-MATA
TDCJ-ID #1823084
McCONNELL UNIT
3001 S. EMILY DR
MAR-30-15

Clerk (CCA)
Mr. Abel Acosta.

Sir. I am humbly requesting some legal information on the following. Trial Court Case No. CR2012-205-1, CCA No. WR-82,578-01 the information I am concerned about is my mandate on my appeal case if any. If any writ has been filed, and my docket sheet record, to view dates and legal procedure conducted in their order and manner. In order to proceed any other legal step need to resolve my case and to proceed pro se writ and motions to the courts. To correctly give account to what has been done in my legal proceedings. I would be very grateful to you sir. for your assistance in this very important legal matters.

Respectful submitted,

Cornelio Garcia M.

CORNELIO GARCIA-MATA
TDCJ-ID# 1823084

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 01 2015
Abel Acosta, Clerk